UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re                                     : | Bankruptcy Case No. 13-11481 -TPA | |
|                                           : | | |
| SHAWN A. MILLER,                          : | Chapter 13 | |
|     Debtor            : | | |
|                                           : | | |
| SHAWN A. MILLER,                          : | | |
|     Movant            : | Plan Docket No.:   42 | |
|                                           : | | |
| vs.                                       : | Related to Document Nos.  57 & 58 | |
|                                           : | | |
| WILMINGTON SAVINGS FUND                   : | | |
| SOCIETY, FSB, doing business as           : | Hearing Date: | December 21, 2016 |
| Christiana Trust, not in its individual   : | Hearing Time: | 10:30 a.m. |
| capacity but solely as Trustee for BCAT   : | | |
| 2014-4TT and RONDA J.                     : | Objection Date: | December 14, 2016 |
| WINNECOUR, Chapter 13 Trustee             : | | |
|     Respondents       : | | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify that I served or caused to be served, on the 1st day of November, 2016, a copy of the ***Order Scheduling Dates for Response and Hearing, the Objection to Notice of Mortgage Payment Change and the proposed order,*** upon each of the following persons and parties in interest at the addresses shown below by first class mail, postage pre-paid, or as shown below on the following:

**Service by NEF and/or Electronic Mail** ➔ NONE

**Service by First Class Mail**

| | |
|---|---|
| Office of the United States Trustee | Ronda J. Winnecouer, Esquire |
| Liberty Center, Suite 970 | Suite 3250, USX Tower |
| 1001 Liberty Avenue | 600 Grant Street |
| Pittsburgh, Pennsylvania 15222 | Pittsburgh, Pennsylvania 15219 |
| | Chapter 13 Trustee/Respondent |
| | |
| Shawn A. Miller | Wilmington Savings Fund Society, FSB |
| 2819 East Avenue | Shellpoint Mortgage Servicing |
| Erie, Pennsylvania 16504 | P.O. Box 10826 |
| Debtor/Movant | Greenville, South Carolina   29603 |
| | Attn: Virginia Underwood |
| | Respondent |

          Respectfully submitted,

          By   /s/   Joseph B. Spero, Esquire
            Joseph B. Spero, Esquire
            Attorney for Debtor/Movant
            3213 West 26th Street
            Erie, Pennsylvania 16506
            (814) 836-1011
            PA I.D. No.  76409
            sperolaw@neohio.twcbc.com

**PAWB Local Form 7 (07/13)**