UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re : | Bankruptcy Case No. 13-11481 -TPA | |
| SHAWN A. MILLER, : | Chapter 13 | |
|     Debtor : | | |
| : | Plan Docket No.:   42 | |
| SHAWN A. MILLER, : | | |
|     Movant : | Claim No.:      11 | |
| vs. : | Related to Document No.  58 | |
| WILMINGTON SAVINGS FUND : | | |
| SOCIETY, FSB, doing business as : | Hearing Date: | December 21, 2016 |
| Christiana Trust, not in its individual : | Hearing Time: | 10:30 a.m. |
| capacity but soley as Trustee for BCAT : | | |
| 2014-4TT and RONDA J. : | Response Due Date: | December 14, 2016 |
| WINNECOUR, Chapter 13 Trustee : | | |
|     Respondents : | | |

**CERTIFICATE OF NO OBJECTION REGARDING
MOVANT'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

       The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **"Objection to Notice of Mortgage Payment Change"** filed on October 28, 2016 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **"Objection to Notice of Mortgage Payment Change"** appears thereon.  Pursuant to the Order of Court filed at document number 53, answers, objections or other responsive pleadings to the **"Objection to Notice of Mortgage Payment Change"** were to be filed and served no later than December 14, 2016.

       It is hereby respectfully requested that the Order attached to the **"Objection to Notice of Mortgage Payment Change"** be entered by the Court.

Respectfully submitted,

Dated: December 15, 2016        By:   /s/    Joseph B. Spero
        Joseph B. Spero, Esquire
        Attorney for the Debtor/Movant
        PA I.D. No.   76409
        3213 West 26th Street
        Erie, Pennsylvania  16506
        (814) 836-1011
        (814) 836-1140 (fax)
        sperolaw@neohio.twcbc.com