FILED
12/16/16 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re | : | Bankruptcy Case No. 13-11481-TPA |
| | : | |
| SHAWN A. MILLER, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| SHAWN A. MILLER, | : | |
| Movant | : | Plan Docket No.: |
| | : | |
| vs. | : | Related to Document No. 57 |
| | : | |
| WILMINGTON SAVINGS FUND | : | |
| SOCIETY, FSB, doing business as | : | |
| Christiana Trust, not in its individual | : | |
| capacity but soley as Trustee for BCAT | : | |
| 2014-4TT and RONDA J. | : | |
| WINNECOUR, Chapter 13 Trustee | : | |
| Respondents | : | |

## ORDER

AND NOW, this __16th__ day of __December__, 2016, it is hereby **ORDERED, ADJUDGED and DECREED** that the Notice of Mortgage Payment Change is **DENIED**.

It is **FURTHER ORDERED** that the Respondent, Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-4TT, it is hereby bound by the Order dated December 12, 2014 confirming the Debtor's Plan and shall accept and apply the payments accordingly.

Debtor/Movant shall within five (5) days hereof serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of service.

_____
THOMAS P. AGRESTI, Judge  qjm
United States Bankruptcy Court for the
Western District of Pennsylvania

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Shawn A. Miller  
       Debtor

Case No. 13-11481-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: gamr     Page 1 of 1     Date Rcvd: Dec 16, 2016  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.  
db          +Shawn A. Miller,   2819 East Avenue,   Erie, PA 16504-1319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:  
        Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Joseph B. Spero    on behalf of Debtor Shawn A. Miller sperolaw@neohio.twcbc.com, legalmom18@hotmail.com  
        Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                                                                     TOTAL: 5