UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re : | : | Bankruptcy Case No. 13-11481 -TPA |
| SHAWN A. MILLER, : | : | Chapter 13 |
|     Debtor : | : | |
| SHAWN A. MILLER, : | : | |
|     Movant : | : | Plan Docket No.:   42 |
| vs. : | : | Related to Document No.   61 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as Christiana Trust, not in its individual capacity but soley as Trustee for BCAT 2014-4TT and RONDA J. WINNECOUR, Chapter 13 Trustee | : | |
|     Respondents : | : | |

## CERTIFICATE OF SERVICE

      I, the undersigned, certify that I served or caused to be served, on the 19th day of December, 2016, a copy of the *Executed Court Order* regarding the **Movant's Objection to the Notice of Mortgage Payment Change** upon each of the following persons and parties in interest at the addresses shown below by first class mail, postage pre-paid, or as shown below on the following:

**Service by NEF and/or Electronic Mail** ➜ NONE

**Service by First Class Mail**

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222

Ronda J. Winnecouer, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219
Chapter 13 Trustee/Respondent

Shawn A. Miller
2819 East Avenue
Erie, Pennsylvania 16504
Debtor/Movant

Wilmington Savings Fund Society, FSB
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, South Carolina   29603
Attn: Virginia Underwood
Respondent

                       Respectfully submitted,

                       By   /s/   Joseph B. Spero, Esquire
                         Joseph B. Spero, Esquire
                         Attorney for Debtor/Movant
                         3213 West 26th Street
                         Erie, Pennsylvania 16506
                         (814) 836-1011
                         PA I.D. No.  76409
                         sperolaw@neohio.twcbc.com

**PAWB Local Form 7 (07/13)**