## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :      CASE NO. 13-11481-TPA
                                          :
        SHAWN A. MILLER                    :      CHAPTER 13
                   DEBTOR                  :

### DEBTOR'S CERTIFICATION IN SUPPORT OF DISCHARGE

I, Shawn A. Miller, upon my oath according to law, hereby certify as follows:

1.    XX   I am entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code,
           OR
      _____ I am not entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.

2.    XX   I am not required to pay any Domestic Support Obligations,
           OR
      _____ I am required to pay Domestic Support Obligations and I have paid any amounts payable
under a Court Order or Statute that were due on or before that date of this Certification (including
amounts due before the petition was filed, but only to the extend provided for in the plan).

3.    _____ I have received a prior discharge in a bankruptcy case within the time frames specified in
Section 1328(F)(1) or (2),
           OR
       XX  I have not received a prior discharge in a bankruptcy case within the time frames specified
in Section 1328(F)(1) or (2).

4.    XX  I have completed an instructional course concerning personal financial management within
the meaning of Section 1328 (G)(1).

5.    _____ Section 1328(H) does not render the debtor ineligible for a discharge.
           OR
      _____ Section 1328 (H) does render the debtor ineligible for a discharge.

6.    If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned
about the statements in this Certification and supplied answers consistent with this
Certification.

I hereby swear or affirm under the penalty of perjury under United States laws that the foregoing
statements made by me are turn and correct (28 U.S.C. Section 1748; 18 U.S.C. Section 1621.)


Dated:   5/25/2017                         BY:    /s/ Joseph B. Spero, Esquire
                                                  Joseph B. Spero, Esquire
                                                  Counsel for Debtor


Dated:   5/25/2017                         BY:    /s/   Shawn A. Miller
                                                  Shawn A. Miller, Debtor