# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 13-11481-TPA
:
SHAWN A. MILLER : CHAPTER 13
DEBTOR :

## AMENDED DEBTOR'S CERTIFICATION IN SUPPORT OF DISCHARGE

I, Shawn A. Miller, upon my oath according to law, hereby certify as follows:

1. **XX** I am entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code,
    OR
    ____ I am not entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.

2. **XX** I am not required to pay any Domestic Support Obligations,
    OR
    ____ I am required to pay Domestic Support Obligations and I have paid any amounts payable under a Court Order or Statute that were due on or before that date of this Certification (including amounts due before the petition was filed, but only to the extend provided for in the plan).

3. ____ I have received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(F)(1) or (2),
    OR
    **XX** I have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(F)(1) or (2).

4. **XX** I have completed an instructional course concerning personal financial management within the meaning of Section 1328 (G)(1).

5. **XX** Section 1328(H) does not render the debtor ineligible for a discharge.
    OR
    ____ Section 1328 (H) does render the debtor ineligible for a discharge.

6. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby swear or affirm under the penalty of perjury under United States laws that the foregoing statements made by me are turn and correct (28 U.S.C. Section 1748; 18 U.S.C. Section 1621.)

Dated:  9/19/2017                BY:  /s/ Joseph B. Spero, Esquire
                                      Joseph B. Spero, Esquire
                                      Counsel for Debtor

Dated:  9/19/2017                BY   /s/ Shawn A. Miller_____
                                      Shawn A. Miller, Debtor