**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/21/2018

IN RE:

SHAWN A. MILLER
2819 EAST AVENUE
ERIE, PA 16504
XXX-XX-5333          Debtor(s)

Case No. 13-11481 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/21/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Credit Info |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM:  0.00<br>COMMENT: C11GOV@PMT/PL-CONF*679.78/CL*DKT4PMT-LMT*FR BOA-DOC 52 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7462 |
| **REGIONAL ACCEPTANCE CORP**<br>C/O BB & T - SERVICER<br>PO BOX 1847<br>WILSON, NC  27894 | Trustee Claim Number:2  INT %: 20.95%<br>Court Claim Number:4<br>CLAIM: 9,169.95<br>COMMENT: 9230.53@20.95%/PL@K*PL NT K | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 7303 |
| **CAPITAL ONE BANK NA\*\***<br>C/O AMERICAN INFOSOURCE LP - AGENT<br>POB 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 1,702.21<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6899 |
| **DISH NETWORK**<br>DEPT 0063<br>PALATINE, IL  60055-0063 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3179 |
| **EDFINANCIAL SERVICES O/B/O ECMC\*\***<br>C/O ECMC(*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0408 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 10,073.17<br>COMMENT: 80/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5333 |
| **EDFINANCIAL SERVICES O/B/O ECMC\*\***<br>C/O ECMC(*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0408 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 2,096.04<br>COMMENT: 79/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5333 |
| **ED FINANCIAL**<br>120 N SEVEN OAKS DR<br>KNOXVILLE, TN  37922 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 78 |
| **EDFINANCIAL SERVICES O/B/O ECMC\*\***<br>C/O ECMC(*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0408 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 4,927.15<br>COMMENT: 77/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5333 |
| **ED FINANCIAL**<br>120 N SEVEN OAKS DR<br>KNOXVILLE, TN  37922 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 76 |
| **EDFINANCIAL SERVICES O/B/O ECMC\*\***<br>C/O ECMC(*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0408 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 2,171.49<br>COMMENT: 81/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5333 |

| Creditor | Claim Info | Creditor Details |
|---|---|---|
| **US DEPARTMENT OF EDUCATION**<br>FEDLOAN SERVICING<br>POB 530210<br>ATLANTA, GA  30353-0210 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  56,871.71<br>COMMENT:  2297765844FD0/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5333 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br>HARRISBURG, PA  17106 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2297765844FD0 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br>HARRISBURG, PA  17106 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2297765844FD0 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br>HARRISBURG, PA  17106 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2297765844DF0 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br>HARRISBURG, PA  17106 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2297765844FD0 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br>HARRISBURG, PA  17106 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2297765844FD0 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br>HARRISBURG, PA  17106 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2297765844FD0 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br>HARRISBURG, PA  17106 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2297765844FD0 |
| **FEDERAL LOAN SERVICING**<br>POB 69184<br>HARRISBURG, PA  17106 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2297765844FD0 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  754.48<br>COMMENT:  NCA BEST BUY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5854 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **NATIONAL CREDIT ADJUSTERS**<br>POB 3023<br>HUTCHINSON, KS 67504 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2179 | CLAIM: 0.00<br>COMMENT: BEST BUY/SCH |
| **PENN CREDIT CORP**<br>POB 988*<br>HARRISBURG, PA 17108 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 29432 | CLAIM: 0.00<br>COMMENT: UPMC HAMOT/SCH |
| **TD AUTO FINANCE**<br>POB 9223<br>FARMINGTON, MI 48333 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6925 | CLAIM: 0.00<br>COMMENT: REPOED VEHICLE/SCH |
| **TRI STATE ADJUSTMENTS INC**<br>3439 EAST AVE S<br>POB 3219<br>LA CROSSE, WI 54602-3219 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 41 | CLAIM: 0.00<br>COMMENT: GREAT LAKES HOME HLTH CARE/SCH |
| **TRI STATE ADJUSTMENTS INC**<br>3439 EAST AVE S<br>POB 3219<br>LA CROSSE, WI 54602-3219 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 54 | CLAIM: 0.00<br>COMMENT: GREAT LAKES HOME HLTH CARE/SCH |
| **TRI STATE ADJUSTMENTS INC**<br>3439 EAST AVE S<br>POB 3219<br>LA CROSSE, WI 54602-3219 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 510B | CLAIM: 0.00<br>COMMENT: NT ADR~GREAT LAKES HOME HLTH CARE/SCH |
| **WELLS FARGO FINANCIAL NATIONAL BANK**<br>C/O WELLS FARGO BANK NA<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9287 | CLAIM: 0.00<br>COMMENT: SURR/CONF*UNS/SCH-PL*CL=$3,424.34 |
| **QUANTUM3 GROUP LLC AGNT - STERLING JEW**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1005 | CLAIM: 0.00<br>COMMENT: SURR/CONF*NT/SCH-PL*CL=$410.93 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 11 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7462 | CLAIM: 22,484.16<br>COMMENT: THRU 12/13*C11GOV/CONF*$/PL-CL*FR BOA-DOC 52 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 11 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 7462 | CLAIM: 200.00<br>COMMENT: NT/PL*NTC POSTPET FEE/EXP*REF CL*W/29*FR BOA-DOC 52 |