**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SHAWN A. MILLER<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>SHAWN A. MILLER<br><br>Respondents | Case No. 13-11481TPA<br><br>Chapter 13<br><br>Document No. 70 |

FILED
12/21/18 7:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __21st__ day of __December__, 20__18__, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Gertrude Barber Center
> Attn: Payroll Manager
> 100 Barber Pl
> Erie, PA 16507

is hereby ordered to immediately terminate the attachment of the wages of SHAWN A. MILLER, social security number XXX-XX-5333. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SHAWN A. MILLER.

BY THE COURT:

_____
ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Shawn A. Miller  
       Debtor

Case No. 13-11481-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 1     Date Rcvd: Dec 21, 2018  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.  
db         +Shawn A. Miller,   2819 East Avenue,   Erie, PA 16504-1319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:  
       Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com  
       James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
       Joseph B. Spero    on behalf of Debtor Shawn A. Miller sperolaw@neohio.twcbc.com,  
        legalmom18@hotmail.com  
       Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                      TOTAL: 6