| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Shawn A. Miller** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−5333** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **13−11481−TPA** | | |

# Order of Discharge                                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shawn A. Miller

3/22/19                                                                     **By the court:**   Thomas P. Agresti
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 13-11481-TPA
Shawn A. Miller                                                 Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0315-1           User: bsil                   Page 1 of 2                  Date Rcvd: Mar 22, 2019
                               Form ID: 3180W               Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
db            +Shawn A. Miller,    2819 East Avenue,    Erie, PA 16504-1319
cr            +WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine,    c/o Shellpoint Mortgage Servicing,
               PO BOX 10826,    GREENVILLE, SC 29603-0826
14266708      +BCAT2014-4TT,    Wilmington Savings Fund Society, FSB,    c/o Shellpoint Mortgage Servicing,
               PO Box 10826,    Greenville, SC 29603-0826
13852298      +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13764151      +ED Financial,    120 N Seven Oaks D,    Knoxville, TN 37922-2359
13764152      +Fed Loan Servicing,     P.O. Box 69184,    Harrisburg, PA 17106-9184
13764154      +KML Law Group, PC,    BNY Independence Center,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13764156      +NCA,   P.O. Box 550,    327 W Fourth St,    Hutchinson, KS 67501-4842
13764155       National Credit Adjusters,    P.O. Box   3023,    Hutchinson, KS 67504-3023
13764157       Northstar Location Services, LLC,     Attn: Financial Services Dept.,    4285 Genesee Street,
               Cheektowaga, NY 14225-1943
13764158     #+Penn Credit Corp,    916 S 14th St,    Harrisburg, PA 17104-3425
13764162       Tri State Adjustments Inc,    3439 East Ave S,    La Crosse, WI 54601-7241
13764163       Tri-State Adjustments, Inc.,     P.O. Box   3219,    La Crosse, WI 54602-3219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2019 02:27:22      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA    17128-0946
cr            +EDI: BANKAMER.COM Mar 23 2019 06:13:00      BANK OF AMERICA, N.A.,    2380 Performance Drive,
               Richardson, TX 75082-4333
13764144       EDI: AFNIRECOVERY.COM Mar 23 2019 06:13:00      AFNI, Inc.,    1310 MLK Drive,    P.O. Box 3517,
               Bloomington, IL 61702-3517
13764145       EDI: ARSN.COM Mar 23 2019 06:13:00      ARS National Services, Inc.,    P.O. Box 463023,
               Escondido, CA 92046-3023
13764146      +EDI: BANKAMER.COM Mar 23 2019 06:13:00      BAC Home Loans Serv LP,    4161 Piedmont Parkway,
               Greensboro, NC 27410-8175
13764147      +EDI: BANKAMER.COM Mar 23 2019 06:13:00      BAC Home Loans Servicing, LP,    P.O. Box 15222,
               Wilmington, DE 19886-5222
13764148      +EDI: BANKAMER.COM Mar 23 2019 06:13:00      Bank of America, N.A.,
               Successor by merger to BAC Home Loans Se,    7105 Corporate Drive,    PTX B-209,
               Plano, TX 75024-4100
13788446       EDI: CAPITALONE.COM Mar 23 2019 06:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC   28272-1083
13764149      +EDI: CAPITALONE.COM Mar 23 2019 06:13:00      Capital One Bank, USA, NA,    P.O. Box 30281,
               Salt Lake City, UT 84130-0281
13764150       EDI: ESSL.COM Mar 23 2019 06:13:00      Dish Network,    Dept. 0063,    Palatine, IL 60055-0063
13791466       EDI: ECMC.COM Mar 23 2019 06:13:00      Educational Credit Mgmt Corp,    P.O. Box 16478,
               Saint Paul, MN   55116-0478
13764153      +EDI: HFC.COM Mar 23 2019 06:13:00      HSBC Best Buy,    P.O. Box 30253,
               Salt Lake City, UT 84130-0253
13791349       EDI: JEFFERSONCAP.COM Mar 23 2019 06:13:00      Jefferson Capital Systems LLC,    Po Box 7999,
               Saint Cloud Mn 56302-9617
13767647       EDI: Q3G.COM Mar 23 2019 06:13:00      Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,
               PO Box 788,    Kirkland, WA   98083-0788
13789844       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 23 2019 02:30:39      Regional Acceptance Corporation,
               PO Box 1847,    Wilson, NC 27894-1847
13764159      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 23 2019 02:30:39      Regional Acceptance Corporation,
               P.O. Box 580075,    Charlotte,  NC 28258-0075
13764160      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 23 2019 02:30:39      Regional Accpetance Corporation,
               P.O. Box 830913,    Birmingham, AL 35283-0913
13764161       EDI: CHRYSLER.COM Mar 23 2019 06:13:00      TD Auto Finance,    P.O. Box   9223,
               Farmington Hills, MI 48333-9223
13764164      +EDI: VERIZONCOMB.COM Mar 23 2019 06:13:00      Verizon Wireless,    Correspondence Team,
               P.O. Box  5029,    Wallingford, CT 06492-7529
13764166      +EDI: WFFC.COM Mar 23 2019 06:13:00      WFFNB/Furniture Barn,    CSCL DSP TM MAC N8235-04M,
               P.O. Box 14517,    Des Moines, IA 50306-3517
13784880       EDI: WFFC.COM Mar 23 2019 06:13:00      Wells Fargo Bank NA,    PO Box 10438,
               Des Moines IA 50306-0438
13764165      +EDI: WFFC.COM Mar 23 2019 06:13:00      Wells Fargo Financial National Bank,    7000 Vista Drive,
               3rd Floor,    West Des Moines, IA 50266-9310
                                                                                               TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BCAT 2014-4TT,    c/o Shellpoint Mortgage Servicing
```

```
District/off: 0315-1           User: bsil              Page 2 of 2             Date Rcvd: Mar 22, 2019
                               Form ID: 3180W          Total Noticed: 35

cr*          +WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine,   c/o ShellPoint Mortgage Servicing,
                PO BOX 10826,    GREENVILLE, SC 29603-0826
                                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Joseph B. Spero    on behalf of Debtor Shawn A. Miller sperolaw@neohio.twcbc.com,
               legalmom18@hotmail.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```