FILED
3/22/19 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    SHAWN A. MILLER

          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
No Repondents.

Case No.:13-11481 TPA

Chapter 13

Document No.:  75

**ORDER OF COURT**

   AND NOW, this _____22nd_____day of _____March_____, 20 19 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE     jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-11481-TPA
Shawn A. Miller                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil              Page 1 of 2            Date Rcvd: Mar 22, 2019
                              Form ID: pdf900         Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
db          +Shawn A. Miller,   2819 East Avenue,   Erie, PA 16504-1319
cr          +BANK OF AMERICA, N.A.,   2380 Performance Drive,   Richardson, TX 75082-4333
cr          +WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine,   c/o Shellpoint Mortgage Servicing,
             PO BOX 10826,   GREENVILLE, SC 29603-0826
13764146    +BAC Home Loans Serv LP,   4161 Piedmont Parkway,   Greensboro, NC 27410-8175
13764147    +BAC Home Loans Servicing, LP,   P.O. Box 15222,   Wilmington, DE 19886-5222
14266708    +BCAT2014-4TT,   Wilmington Savings Fund Society, FSB,   c/o Shellpoint Mortgage Servicing,
             PO Box 10826,   Greenville, SC 29603-0826
13852298    +Bank of America, N.A.,   c/o KML Law Group, P.C.,   701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
13764148    +Bank of America, N.A.,   Successor by merger to BAC Home Loans Se,   7105 Corporate Drive,
             PTX B-209,   Plano, TX 75024-4100
13764151    +ED Financial,   120 N Seven Oaks D,   Knoxville, TN 37922-2359
13791466     Educational Credit Mgmt Corp,   P.O. Box 16478,   Saint Paul, MN 55116-0478
13764152    +Fed Loan Servicing,   P.O. Box 69184,   Harrisburg, PA 17106-9184
13764153    +HSBC Best Buy,   P.O. Box 30253,   Salt Lake City, UT 84130-0253
13764154    +KML Law Group, PC,   BNY Independence Center,   701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
13764156    +NCA,   P.O. Box 550,   327 W Fourth St,   Hutchinson, KS 67501-4842
13764155     National Credit Adjusters,   P.O. Box 3023,   Hutchinson, KS 67504-3023
13764157     Northstar Location Services, LLC,   Attn: Financial Services Dept.,   4285 Genesee Street,
             Cheektowaga, NY 14225-1943
13764158    #+Penn Credit Corp,   916 S 14th St,   Harrisburg, PA 17104-3425
13764161     TD Auto Finance,   P.O. Box 9223,   Farmington Hills, MI 48333-9223
13764162     Tri State Adjustments Inc,   3439 East Ave S,   La Crosse, WI 54601-7241
13764163     Tri-State Adjustments, Inc.,   P.O. Box 3219,   La Crosse, WI 54602-3219
13764166    +WFFNB/Furniture Barn,   CSCL DSP TM MAC N8235-04M,   P.O. Box 14517,
             Des Moines, IA 50306-3517
13784880     Wells Fargo Bank NA,   PO Box 10438,   Des Moines IA 50306-0438
13764165    +Wells Fargo Financial National Bank,   7000 Vista Drive,   3rd Floor,
             West Des Moines, IA 50266-9310


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13764144     E-mail/Text: EBNProcessing@afni.com Mar 23 2019 02:27:41     AFNI, Inc.,   1310 MLK Drive,
             P.O. Box 3517,   Bloomington, IL 61702-3517
13764145     E-mail/Text: legal@arsnational.com Mar 23 2019 02:27:03     ARS National Services, Inc.,
             P.O. Box 463023,   Escondido, CA 92046-3023
13788446     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 23 2019 02:30:06
             Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13764149    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 23 2019 02:30:35
             Capital One Bank, USA, NA,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
13764150     E-mail/Text: Bankruptcy.Consumer@dish.com Mar 23 2019 02:27:29     Dish Network,   Dept. 0063,
             Palatine, IL 60055-0063
13791349     E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 23 2019 02:27:43     Jefferson Capital Systems LLC,
             Po Box 7999,   Saint Cloud Mn 56302-9617
13767647     E-mail/Text: bnc-quantum@quantum3group.com Mar 23 2019 02:27:12
             Quantum3 Group LLC as agent for,   Sterling Jewelers Inc,   PO Box 788,
             Kirkland, WA  98083-0788
13789844     E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 23 2019 02:30:39     Regional Acceptance Corporation,
             PO Box 1847,   Wilson, NC 27894-1847
13764159    +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 23 2019 02:30:39     Regional Acceptance Corporation,
             P.O. Box 580075,   Charlotte, NC 28258-0075
13764160    +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 23 2019 02:30:39     Regional Accpetance Corporation,
             P.O. Box 830913,   Birmingham, AL 35283-0913
13764164    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 23 2019 02:26:45
             Verizon Wireless,   Correspondence Team,   P.O. Box 5029,   Wallingford, CT 06492-7529
                                                                          TOTAL: 11


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           BCAT 2014-4TT,   c/o Shellpoint Mortgage Servicing
cr*         +WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine,   c/o ShellPoint Mortgage Servicing,
             PO BOX 10826,   GREENVILLE, SC 29603-0826
                                                                 TOTALS: 1, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-1          User: bsil              Page 2 of 2          Date Rcvd: Mar 22, 2019
                              Form ID: pdf900         Total Noticed: 34
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Joseph B. Spero    on behalf of Debtor Shawn A. Miller sperolaw@neohio.twcbc.com,
           legalmom18@hotmail.com
          Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                     TOTAL: 6
```